STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Broadcast Distribution Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> YANKA INDUSTRIES, INC. d/b/a MASTERCLASS, <br><br> *Defendant.* | CASE NO.: 3:21-cv-04553-WHO <br><br> **PLAINTIFF'S ANSWERS AND DEFENSES TO DEFENDANT'S COUNTERCLAIMS** |

Now comes Plaintiff, Rothschild Broadcast Distribution Systems, LLC ("Plaintiff," "Counterclaim Defendant," or "RBDS"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff Yanka Industries, Inc d/b/a MasterClass' ("Defendant," "Counterclaim Plaintiff," or "MasterClass") Counterclaims [Doc. 14] (hereafter the "Counterclaims") as follows:

## PARTIES

1. RBDS has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2. Admitted.

## JURISDICTION

3. RBDS incorporates by reference each of its answers in paragraphs 1-2 above.

4. RBDS admits that jurisdiction is proper.

5. Admitted.

6. RBDS admits that venue is proper. RBDS denies any remaining allegations in paragraph 6.

## COUNT I

7. RBDS incorporates by reference each of its answers in paragraphs 1-6 above.

8. RBDS admits that an actual controversy exists concerning infringement of the '221 Patent. RBDS denies any remaining allegations contained in paragraph 8.

9. Denied.

10. RBDS admits that MasterClass seeks a declaratory judgment. RBDS denies any remaining allegations contained in paragraph 10.

## COUNT II

11. RBDS incorporates by reference each of its answers in paragraphs 1-10 above.

12. RBDS admits that an actual controversy exists regarding validity of the '221 Patent. RBDS denies any remaining allegations contained in paragraph 12.

13. Denied.

14. RBDS responds that the referenced document speaks for itself.

15. RBDS responds that the referenced document speaks for itself.

16. RBDS admits that MasterClass seeks a declaratory judgment. RBDS denies any remaining allegations contained in paragraph 16.

### PRAYER FOR RELIEF

To the extent a response is required, RBDS denies that MasterClass is entitled to any of the relief requested.

Dated: July 13, 2021

Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC***

### CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin