UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,

Plaintiff,

v.

YANKA INDUSTRIES, INC.,

Defendant.

Case No. 21-cv-04553-WHO

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME AND CONTINUING HEARING DATE**

Re: Dkt. No. 16

Defendant filed a motion to dismiss, currently set for hearing on August 18, 2021. Dkt. No. 13. Plaintiffs' unopposed motion for extension of time to brief the pending motion to dismiss is GRANTED. Dkt. No. 16. Opposition is due August 20, 2021, reply is due September 3, 2021, and the hearing is re-set to September 29, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 14, 2021

William H. Orrick
United States District Judge