STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Broadcast Distribution Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ROTHSCHILD BROADCAST
DISTRIBUTION SYSTEMS, LLC,**

         *Plaintiff,*

v.

**YANKA INDUSTRIES, INC. d/b/a
MASTERCLASS,**

         *Defendant.*

**CASE NO.: 3:21-cv-04553-WHO**

**JURY TRIAL DEMANDED**

**JOINT STIPULATION AND
ORDER OF DISMISSAL**

    Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant Yanka Industries, Inc. d/b/a MasterClass by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

    1.    All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

    2.    Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

1        This Stipulation and Order shall finally resolve the Action between the parties.

2    Dated: August 7, 2021             Respectfully submitted,

3

4                     */s/ Stephen M. Lobbin*
                      Stephen M. Lobbin

5                     sml@smlavvocati.com
                      SML AVVOCATI P.C.

6                     888 Prospect Street, Suite 200
                      San Diego, California 92037

7                     (949) 636-1391 (Phone)

8

9                     ***Attorney(s) for Plaintiff***

10                    **FISH & RICHARDSON P.C.**

11

12                    By: */s/Rodeen Talebi*
                      Rodeen Talebi (SBN 320392)

13                    talebi@fr.com

14                    FISH & RICHARDSON P.C.
                      500 Arguello Street, Suite 500

15                    Redwood City, CA 94063
                      Telephone: (650) 839-5070

16                    Facsimile: (650) 839-5071

17

18                    Neil J. McNabnay
                      Texas Bar No. 24002583

19                    mcnabnay@fr.com
                      Ricardo J. Bonilla

20                    Texas Bar No. 24082704

21                    rbonilla@fr.com
                      Michael A. Vincent

22                    Texas Bar No. 24105738

23                    vincent@fr.com
                      1717 Main Street, Suite 5000

24                    Dallas, Texas 75201

25                    (214) 747-5070 – Telephone
                      (214) 747-2091 – Facsimile

26

27                    **ATTORNEYS FOR DEFENDANT**

28

JOINT STIPULATION AND ORDER OF DISMISSAL

**ORDER**

SO ORDERED this _____ day of _____, 2021.

_____

**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 7, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Stephen M. Lobbin* _____
Stephen M. Lobbin