1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

ROTHSCHILD BROADCAST
DISTRIBUTION SYSTEMS, LLC,

Case No.  21-cv-04553-WHO

8

Plaintiff,

9

v.

**ORDER OF DISMISSAL**

Re: Dkt. No. 19

10

YANKA INDUSTRIES, INC.,

11

Defendant.

12

13

    Pursuant to the parties' joint stipulation of dismissal, Dkt. No. 19, **IT IS HEREBY**

14

**ORDERED** that all claims asserted by the plaintiff are dismissed **with prejudice** and all counter-

15

claims asserted by the defendant are dismissed **without prejudice** under Federal Rule of Civil

16

Procedure 41(a)(1)(A)(ii).  Any hearings scheduled in this matter are VACATED.  The Clerk shall

17

close the case.

18

Dated: August 9, 2021

19

20

_____
WILLIAM H. ORRICK
United States District Judge

21

22

23

24

25

26

27

28

United States District Court
Northern District of California